DOE, APPELLANT, *v.* BRUNER, APPELLEE.

**[Cite as *Doe v. Bruner,* 135 Ohio St.3d 277, 2013-Ohio-954.]**

*Appeal dismissed as having been improvidently accepted.*

(No. 2012-0556—Submitted February 27, 2013—Decided March 19, 2013.)

APPEAL from the Court of Appeals for Clinton County,

No. CA2011-07-013, 2012-Ohio-761.

————————

**{¶ 1}** The cause is dismissed as having been improvidently accepted.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

————————

Konrad Kircher, for appellant.

Catherine Hoolahan, urging reversal on behalf of amici curiae National Center for Victims of Crime, National Crime Victim Law Institute, Justice League of Ohio, Ohio Coalition for Battered Women, Ohio Now Education and Legal Fund, Ohio Alliance to End Sexual Violence, Buckeye Region Anti-Violence Organization, Crime Victim Services, Cleveland Rape Crisis Center, and Ohio Victim Witness Association.

————————